IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JOHN WAYNE DILLARD, III**                                              **PLAINTIFF**
**ADC #147484**

v.                      **CASE NO. 2:22-CV-00102-BSM**

**DAWN LEE TANNER** *et al.*                                       **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 13] is adopted, and John Wayne Dillard's amended complaint [Doc. No. 12] is dismissed without prejudice. It is recommended that this dismissal count as a strike for purposes of 28 U.S.C. section 1915(g). An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 25th day of August, 2022.

                                                                /s/ Brian S. Miller
                                                              UNITED STATES DISTRICT JUDGE