**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**JOHN WAYNE DILLARD, III**                                        **PLAINTIFF**
**ADC #147484**

**v.**                              **CASE NO. 2:22-CV-00102-BSM**

**DAWN LEE TANNER** *et al.*                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 25th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE